129 A.3d 1044

IN THE MATTER OF JONATHAN E. SACHAR, AN ATTORNEY AT LAW (ATTORNEY NO. 017191995).

February 3, 2016.

## ORDER

This matter having been duly presented, it is ORDERED that **JONATHAN E. SACHAR** of **CAPE MAY,** who was admitted to the bar of this State in 1995, and who was suspended from the practice of law for a period of three months effective June 13, 2014, by Order of this Court dated May 16, 2014, be restored to the practice of law, effective immediately.